# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 23, 2024

Clerk - Middle District of Georgia
U.S. District Court
115 E HANCOCK AVE
ATHENS, GA 30601

Appeal Number: **22-13675-JJ**
Case Style: Jayne Swinford v. Joshua Santos, et al
District Court Docket No: 3:21-cv-00090-CAR

The following record materials in the referenced case are returned herewith:

One Envelope of Exhibits.

Clerk's Office Phone Numbers
General Information: 404-335-6100    Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135    Capital Cases: 404-335-6200
CM/ECF Help Desk: 404-335-6125       Cases Set for Oral Argument: 404-335-6141

REC-3 Ltr Returning Record to DC/wpm