**Appeal Number: 22-13675-BB**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

**JAYNE' SWINFORD
Plaintiff-Appellant,**

v.

**JOSHUA SANTOS, et al.**

**Defendants-Appellees.**

**On Appeal from the United States District Court
For the Middle District of Georgia, Athens Division
Civil Action No. 3:21-cv-00090-CAR**

EMERGENCY MOTION TO RECALL MANDATE AND CONSIDER
REHEARING EN BANC

**JOHN BAKER
John Baker Law**
Ga. Bar. No. 033797
1551 Jennings Mill Rd.
Suite 3100B
Watkinsville, GA 30677
*Counsel for Appellant Jayne' Swinford*

# APPELLANT JAYNE' SWINFORD'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellant Jayne Swinford ("Mrs. Swinford") identifies and certifies the following list of persons and entities pursuant to pursuant to 11th Cir. R. 26.1-1 *et seq*:

Santos, Joshua (Appellee/Defendant);

Bidinger, Charles (Appellee/Defendant)

Williams, Roger Oliver, Jr. (Appellee/Defendant) McIlvaine, Jonathan

(Appellee/Defendant) Leder, Richard Alexander (Appellee/Defendant) Johnson,

Claude (Appellee/Defendant) Greenlow, William (Appellee/Defendant) Spruill,

Cleveland (Appellee/Defendant)

Athens-Clarke County, Georgia (Appellee/Defendant)

Swinford, Jayne (Appellant/Plaintiff)

John Hollis Baker, Esq. (Counsel for Appellant/Plaintiff) Choy, Sun. S. (Counsel for Appellees/Defendants)

Freed, Philip Michael (Counsel for Appellees/Defendants) Royal, Ashley C. (District Court Judge)

The Court's recent decision in *Miller* addressed the requirement of a "defendant-by-defendant" qualified immunity analysis for multiple officers sued in their individual capacity, stating that a failure to do so constitutes "reversible error."[1] *Miller v. Palm Beach Cnty. Sheriff's Off.*, No. 23-13753, 2025 WL 631192 (11th Cir. Feb. 27, 2025)

*Miller* <u>directly</u> contradicts the Court's decision in this case, *Swinford v. Santos*, 121 F.4th 179 (11th Cir. 2024), where the Court conducted a de novo analysis of the assertion of qualified immunity by seven officers *collectively*, even though they were sued in their individual capacity. It is noteworthy that the cases are likewise identical from the procedural standpoint that both cases related to assertions of qualified immunity by multiple officers *at the pleadings stage.*

In light of the exceptional circumstances presented in the form of an intra-Circuit irreconcilable conflict between two Circuit decisions published only three months apart, as well as the urgency of the deadline to file a petition for certiorari no later than March 13, 2025, Appellant respectfully requests the entry of an order that does two things:

---

[1] *Miller* is consistent with Supreme Court precedent on this issue, which requires an "officer by officer" qualified immunity analysis by the lower courts. <u>Taylor v. Riojas</u>, 592 U.S. 7, 9, 141 S. Ct. 52, 54, 208 L. Ed. 2d 164 (2020)

a) recalls the mandate; and,

b) orders the parties to brief the question of whether the case should be reheard en banc, thereby providing the Court with the opportunity to resolve the irreconcilable conflict between the two cases.[2]

WHEREFORE Mrs. Swinford respectfully requests the recall of the mandate to allow for consideration and briefing as to whether en banc review is necessary in this case to resolve an irreconcilable conflict in Circuit precedent.

Submitted this 11th day of March, 2025.

**JOHN BAKER LAW**

/s/ John Baker

By: JOHN BAKER
GA Bar No. 033797
1551 Jennings Mill Rd. Suite 3100B Watkinsville, GA 30677
(706) 608-2406
john@johnbaker.law

*Counsel for Appellant*

---

[2] According to the Supreme Court, that is all that is needed to suspend the deadline to seek certiorari. See Hibbs v. Winn, 542 U.S. 88, 88, 124 S. Ct. 2276, 2278, 159 L. Ed. 2d 172 (2004)

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of FRAP 32 because, excluding the parts of the document exempted by FRAP 32(f), this document contains 1928 words. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

Submitted this 11th day of March, 2025.

**JOHN BAKER LAW**

/s/ John Baker

By: JOHN BAKER
GA Bar No. 033797
1551 Jennings Mill Rd. Suite 3100B Watkinsville, GA 30677
(706) 608-2406
john@johnbaker.law

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I have/will cause the foregoing Petition to be served upon opposing attorneys of record by filing said document within the CM/ECF system which will automatically send electronic notification all opposing counsel.

Submitted this 11th day of March, 2025.

**JOHN BAKER LAW**

<u>/s/ John Baker</u>
By:  JOHN BAKER
GA Bar No. 033797
1551 Jennings Mill Rd. Suite 3100B
Watkinsville, GA 30677
(706) 608-2406
john@johnbaker.law

*Counsel for Appellant*