# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13675

_____

JAYNE SWINFORD,

                                                                   Plaintiff-Appellant,

*versus*

OFFICER JOSHUA SANTOS,
In his individual capacity,
OFFICER CHARLES BIDINGER,
In his individual capacity,
OFFICER ROGER OLIVER WILLIAMS, JR.,
In his individual capacity,
SERGEANT JONATHAN MCILVAN,
In his individual capacity,

| | | |
|---|---|---|
| 2 | Order of the Court | 22-13675 |

CORPORAL RICHARD ALEXANDER LEDER,
In his individual capacity, et al.,

                                                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 3:21-cv-00090-CAR

_____

Before BRANCH and GRANT, Circuit Judges, and CALVERT, District Judge.*

BY THE COURT:

    Appellant's "Emergency Motion to Recall Mandate and Consider Rehearing En Banc" is DENIED.

---

* The Honorable Victoria Calvert, United States District Judge for the Northern District of Georgia, sitting by designation.