# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 25, 2025

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Jayne Swinford
          v. Officer Joshua Santos, et al.
          No. 25-102
          (Your No. 22-13675)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 13, 2025 and placed on the docket July 25, 2025 as No. 25-102.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst