# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 6, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Jayne Swinford
           v. Officer Joshua Santos, et al.
           No. 25-102
           (Your No. 22-13675)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk